UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ANTONIO DOS SANTOS CARLOS,<br>Petitioner | CIVIL DOCKET NO. 1:19-CV-00878-P |
| VERSUS | JUDGE DRELL |
| WILLIAM BARR, *ET AL.*,<br>Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 23), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion for Release (ECF No. 21) is hereby DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 6th day of August, 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE